**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAUL DION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-182** |
| **W.S. SANDY MCCAIN** | **SECTION "S"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and petitioner's objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Paul Dion's amended petitions for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __3rd__ day of _____October_____, 2019.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**